UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. 05-C-0449

APPROXIMATELY $11,531.00
IN UNITED STATES CURRENCY,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall return to the claimant, Carmen Gissela Cardenas-Torres, by and through her attorney, Donna J. Kuchler, KUCHLER LAW OFFICES, 1535 East Racine Avenue, P.O. Box 527, Waukesha, Wisconsin 53187-0527, $1,342.00 from the approximately $11,531.00 in United States currency.

2. All right, title and interest in the remaining defendant property, approximately $10,189.00 from the approximately $11,531.00 in United States currency, is forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $10,189.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2005.

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        Chief United States District Judge

Judgment entered this 2nd day of <u>June</u>, 2005.

    SOFRON B. NEDILSKY
    Clerk of Court

By:
    s/ Linda M. Zik
    Deputy Clerk